**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00131-CV

### SISSAT SISAVATH AND OYTHIB PHOUANGSAVATH, Appellants

### V.

### CENCIR, INC., DONALD W. OATES AND SUTTON PLACE HOMEOWNER'S ASSOCIATION, Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-06075-B**

## ORDER

We **GRANT** appellants' April 22, 2015 motion to transfer records and **DIRECT** the Clerk of this Court to transfer the appellate record in cause number 05-12-01027-CV into this appeal. As this completes the record, we **ORDER** appellants to file their brief no later than June 4, 2015.

/s/    CRAIG STODDART
       JUSTICE